**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRANDY SHAFFER,

        Plaintiff,

v.                                                             Case No: 6:17-cv-336-Orl-40KRS

NITRO GREEN, INC, and CLINTON M. WOODS,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Full Relief or, Alternatively, Motion for Approval of the Settlement of Plaintiff's FLSA Claim (Doc. 18) filed on August 3, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 9, 2017 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Stipulation of Full Relief or, Alternatively, Motion for Approval of the Settlement of Plaintiff's FLSA Claim (Doc. 18) is **GRANTED**.

3. The Court **FINDS** that the settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. Counsel for the parties are **DIRECTED** to submit a form of judgment on or before September 12, 2017 to be entered as required by *Lynn's Food Stores*.

**DONE AND ORDERED** in Orlando, Florida on August 29, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties